■ BON JOUR GROUP, LLC, Plaintiff-Appellant, v WATHNE, LTD., Defendant-Respondent. [831 NYS2d 323]—Appeal from order, Supreme Court, New York County (Richard B. Lowe, III, J.), entered September 14, 2006, unanimously withdrawn in accordance with the terms of the stipulation of the parties hereto. No opinion. Order filed. Concur—Gonzalez, J.P., Sweeny, McGuire, Malone and Kavanagh, JJ.